# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150901 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 150901
               COA: 324966
               Oakland CC: 2014-251880-FH

JOSEPH MICHAEL INGERSOLL,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 20, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015


           Clerk

s0325